### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Melissa M. Burns | Debtor(s) | CHAPTER 7 |
| Bank of America, N.A. | Movant | NO. 23-11926 PMM |
| vs. | | |
| Melissa M. Burns | Debtor(s) | 11 U.S.C. Section 362 |
| Gary F. Seitz Esq. | Trustee | |

### ORDER

AND NOW, this 16th day of August, 2023 at Reading, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified to permit Bank of America, N.A., to take possession and sell, and lease or otherwise dispose of the 2016 Ford Fusion ("Vehicle") bearing a VIN number 3FA6P0T97GR295601.

*Patricia M. Mayer*

Honorable Patricia M. Mayer
United States Bankruptcy Judge.