Certificate Number: 05781-PAE-DE-037684939

Bankruptcy Case Number: 23-11926



05781-PAE-DE-037684939

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 16, 2023, at 9:01 o'clock PM PDT, Melissa Burns completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 16, 2023              By:   /s/Allison M Geving

                                     Name:  Allison M Geving

                                     Title:  President