United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11926-pmm |
| Melissa M. Burns | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 16, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2023:**

**Recip ID      Recipient Name and Address**
db          + Melissa M. Burns, 469 Charles Drive, Manheim, PA 17545-9190

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2023                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2023 at the address(es) listed below:

**Name                    Email Address**

DENISE ELIZABETH CARLON
                on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

GARY F. SEITZ
                on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com  gfs@trustesolutions.net

GARY F. SEITZ
                gseitz@gsbblaw.com  gfs@trustesolutions.net

MICHAEL PATRICK FARRINGTON
                on behalf of Creditor BANK OF AMERICA  N.A. mfarrington@kmllawgroup.com

THOMAS W. FLECKENSTEIN
                on behalf of Debtor Melissa M. Burns Tom@TomFleckenstein.com

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-4 User: admin Page 2 of 2
Date Rcvd: Aug 16, 2023 Form ID: pdf900 Total Noticed: 1
TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Melissa M. Burns | Debtor(s) | CHAPTER 7 |
| Bank of America, N.A. | Movant | NO. 23-11926 PMM |
| vs. | | |
| Melissa M. Burns | Debtor(s) | 11 U.S.C. Section 362 |
| Gary F. Seitz Esq. | Trustee | |

**ORDER**

AND NOW, this 16th day of August, 2023 at Reading, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified to permit Bank of America, N.A., to take possession and sell, and lease or otherwise dispose of the 2016 Ford Fusion ("Vehicle") bearing a VIN number 3FA6P0T97GR295601.

*Patricia M. Mayer*

Honorable Patricia M. Mayer
United States Bankruptcy Judge.