United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-11926-pmm
Melissa M. Burns  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 2
Date Rcvd: Oct 20, 2023 | Form ID: 195 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melissa M. Burns, 469 Charles Drive, Manheim, PA 17545-9190 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2023 at the address(es) listed below:

**Name**     **Email Address**

DENISE ELIZABETH CARLON
    on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

GARY F. SEITZ
    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com  gfs@trustesolutions.net

GARY F. SEITZ
    gseitz@gsbblaw.com  gfs@trustesolutions.net

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor BANK OF AMERICA  N.A. mfarrington@kmllawgroup.com

THOMAS W. FLECKENSTEIN
    on behalf of Debtor Melissa M. Burns Tom@TomFleckenstein.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-4      User: admin      Page 2 of 2
Date Rcvd: Oct 20, 2023      Form ID: 195      Total Noticed: 1
TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Melissa M. Burns : Case No. 23−11926−pmm
    Debtor(s)

*ORDER*
_____

AND NOW, this day , October 20, 2023 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court

18
Form 195